**Order entered October 31, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00921-CV

## NORA D. MONTES AND MANUEL MONTEZ, JR., Appellants

## V.

## RICHARD J. KEENAN AND OVILLA BUILDERS, INC., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04872**

### ORDER

The reporter's record in this case has not been filed. By letter dated September 26, 2022, we informed appellants the court reporter notified us that the reporter's record had not been filed because appellants had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellants to provide the Court with written verification showing the reporter's record had been requested and that appellants had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of

costs.  We cautioned appellants that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record.   To date, appellants have not provided the Court with documentation showing they have requested the reporter's record, nor otherwise corresponded with the Court regarding the status of the reporter's record. Accordingly, we **ORDER** this appeal submitted without a reporter's record.

Appellants' brief is due by **December 1, 2022**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE